PROB 12B
(7/93)

Report Date: May 11, 2011

# United States District Court

### for the

### Eastern District of Washington

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Noelle Beck                           Case Number: 2:10CR00179-001

Name of Sentencing Judicial Officer: The Honorable Fred Van Sickle

Date of Original Sentence: 9/16/2010                    Type of Supervision: Supervised Release

Original Offense: Conspiracy, 18 U.S.C. § 371           Date Supervision Commenced: 9/20/2010

Original Sentence: Prison - 7 Months; TSR - 36 Months   Date Supervision Expires: 9/19/2013

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

Restitution shall be paid at not less than $25 per month during the period of supervised release. If the defendant's income increases, the defendant shall increase the monthly payments up to at least 10% of the defendant's gross monthly income.

### CAUSE

Defendant is a single parent of two small children. She is currently receiving state assistance because of fleeing from an abusive relationship with the father of the children. She was previously employed earning $520 a month, however, it was impossible for her to pay her rent, child care and food while paying $100 a month towards restitution. She has been unable to pay the $100 a month, but has made an effort to pay something every month since her release from custody towards the restitution owed. She has had to quit her job because of medical issues. In order to receive medical care, the defendant will be applying for state assistance. Ms. Beck has been going to school and has been using what she can from her financial aid to pay her schooling, housing and restitution.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   5/11/2011

Anne L. Sauther
U.S. Probation Officer

Prob 12B
**Re: Beck, Noelle**
**May 11, 2011**
**Page 2**

## THE COURT ORDERS

[ ]  No Action
[ ]  The Extension of Supervision as Noted Above
[✓]  The Modification of Conditions as Noted Above
[ ]  Other

*Fred Van Sickle*
Signature of Judicial Officer

May 12, 2011
Date

PROB 49
(3/89)

# United States District Court

### Eastern District of Washington

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

     I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

     I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

     Restitution shall be paid at not less than $25 per month during the period of supervised release. If the defendant's income increases, the defendant shall increase the monthly payments up to at least 10% of the defendant's gross monthly income.

Witness: _____
Anne L. Sauther
U.S. Probation Officer

Signed: _____
Noelle Beck
Probationer or Supervised Releasee

May 11, 2011
Date